UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAY LEE JONES ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>vs *Plaintiff*<br><br>100 SENSES INC<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX NUMBER: 1:25-CV-09875-KPF<br>DATE FILED: 12/01/2025<br>Job #: 609296<br>Client File#<br><br>STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620<br>HACKENSACK, NJ 07601 |

CLIENT'S FILE NO.:                          **AFFIRMATION OF SERVICE UPON A CORPORATION**

I, ERIC RIVERA, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 12/9/2025 at 12:22 PM at 28 LIBERTY STREET, NEW YORK, NY 10005, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with Joseph McCabe for 100 SENSES INC C/O NATIONAL REGISTERED AGENTS INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age:** 22 - 35 Yrs., **Approx Weight:** 161-200 Lbs., **Approx Height:** 5' 4" - 5' 8", **Gender:** Male, **Approx Race:** White, **Approx Hair:** Blonde
Other:

Served at following GPS coordinates, Lat: 40.707421388889 Long: -74.00773

I affirm this December 10, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.



ERIC RIVERA
1212873

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373