UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Clay Lee Jones, on behalf of herself and all others similarly situated,

                **Plaintiff(s),**

                - against -

    100 SENSES, INC.,

                **Defendant(s),**

------------------------------------------------------------X

25 Civ. 9875 (___)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/26/2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) 100 SENSES, INC., by personally serving Joseph Mccabe, proof of service was therefore filed on 12/12/2025 and Doc# 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

         _____, 20___

                                      TAMMI M. HELLWIG
                                         Clerk of Court

                                 By: _____
                                          Deputy Clerk