**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Clay Lee Jones, on behalf of himself and all others similarly situated

_____,

                                Plaintiff(s)

                -against-

100 SENSES, INC.,

_____,

                              Defendant(s).

-------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

1:25 **CV**9875 ( )

_____Clay Lee Jones_____ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to \_\_28 U.S.C. § 1331 and 42 U.S.C. § 12182\_\_.

3. The time for defendant(s), \_\_100 SENSES, INC.,\_\_, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), \_\_100 SENSES, INC.,\_\_, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) \_\_100 SENSES, INC.,\_\_ to answer or otherwise move has not been extended.

5. That defendant(s) \_\_100 SENSES, INC.,\_\_ is not an infant or incompetent. Defendant(s) \_\_100 SENSES, INC.,\_\_ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff ____Clay Lee Jones_____ requests that the default of defendant(s) ____100 SENSES, INC.,_____ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 3/6/2026

By: __s/Rami Salim_____
 Rami Salim
Stein Saks, PLLC
One University Plaza
Hackensack NJ 07601
201-282-6500
rsalim@steinsakslegal.com