

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 9, 2026

**<u>Via CM/ECF</u>**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York



Re:   **<u>Jones v. 100 Senses, Inc.</u>**
       **Case #: 1:25-cv-09875-KPF**

Dear Judge Failla:

We represent the plaintiff in the above matter.  We write to respectfully request that the Initial Conference currently scheduled on March 13, 2026 be adjourned because Defendant 100 Senses, Inc. has not made an appearance or reached out to Plaintiff.

Defendant has been successfully served and Plaintiff has received a Certificate of Default against Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Rami M. Salim*
Rami M. Salim, Esq.

cc:   All Counsel of Record via ECF

Application GRANTED.  The conference scheduled for March 13, 2026, is hereby ADJOURNED *sine die* to be rescheduled if Defendants appear in this action. Plaintiff shall file a status update with the Court or a motion for default judgment on or before **April 24, 2026.**  The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:     March 9, 2026                          SO ORDERED.
           New York, New York

                                                  *Katherine Polk Failla*

                                                  HON. KATHERINE POLK FAILLA
                                                  UNITED STATES DISTRICT JUDGE